STATE, Appellant, v. WARNER, Respondent.

STATE, Appellant, v. BANBURY, Respondent.

(244 N. W. 107.)

(File No. 7181-2.  Opinion filed September 14, 1932.)

*M. Q. Sharpe,* Attorney General, and *Ray F. Drewry,* Assistant Attorney General, for the State.

*Michael G. Luddy,* of Los Angeles, Cal., and *John E. Tipton,* of Lake Andes, S. D., for Respondents.

PER CURIAM.  The above-entitled cases represent two appeals on behalf of the state from two orders quashing indictments in criminal cases.  The appeals are consolidated by stipulation.

The orders appealed from are affirmed.

All the Judges concur, except ROBERTS, J., not sitting.